**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| UMB BANK, N.A., solely in its capacity as successor trustee for the Bonds,<br><br>*Plaintiff/Counter-Defendant*,<br><br>v.<br><br>D. JON MONSON, et al.,<br><br>*Defendants/Counter-Plaintiffs,*<br><br>v.<br><br>COLLIERS SECURITIES, LLC, et al.,<br><br>*Third-Party Defendants.* | Case No. 21-2504-EFM |
| HOWARD YU, solely in his capacity as trustee of the estate of Anthony John Jacobson Trust,<br><br>*Plaintiff/Counter-Defendant*,<br><br>v.<br><br>UMB BANK, N.A., solely in its capacity as successor trustee for the Bonds,<br><br>*Defendant/Counter-Plaintiff.* | |

**ORDER**

This matter is before the Court on the parties' Joint Notice of Settlement in Principle and Motion to Stay Pre-Trial Deadlines and Trial Setting (Doc. 490). The parties indicate they have reached a settlement in principle and have agreed in writing to material terms. The parties also indicate their settlement will resolve all claims remaining in this matter. They jointly move the

Court to stay the remaining pretrial deadlines in this matter so they may finalize their settlement agreement.

The Court grants the Motion. All remaining pretrial deadlines are stayed to permit the parties an opportunity to prepare and finalize their settlement agreement. The parties will present that to the Court at the November 24, 2026 pre-trial conference setting, which the Court converts to a status hearing via telephone conference. The December 8, 2026 trial setting remains set as such at this time.

**IT IS THEREFORE ORDERED** that the parties' Joint Motion to Stay Pre-Trial Deadlines and Trial Setting (Doc. 490) is **GRANTED**.

**IT IS SO ORDERED.**

Dated this 16th day of November, 2026.

Eric F. Melgren

ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE